UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Sandra R. Smith
113 Gillespie Terr
Chattanooga, TN 37411
Name of plaintiff (s)

v.

Health Center @ Standifer
Place ATTN: John Strawn
2626 Walker Rd
Chattanooga TN 37421
Name of defendant (s)

Case No. 1:12-cv-19
(to be assigned by Clerk)
Collier/Lee

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them): This complaint is being submitted on the grounds of Discrimination for the following: Age, Color, Religion, Retaliation and wage discrimination against Sandra R. Smith by Health Center @ Standifer Place as it violates my Civil Rights and Human Rights.

2. Plaintiff, Sandra R. Smith resides at 113 Gillespie Terr, Chattanooga
street address / city
Hamilton, TN, 37411, 423-902-8992 -423-697-0094
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Health Center @ Standifer Place - Attn: John Strawn lives at, or its business is located at 2626 Walker Rd, Chattanooga, Hamilton, TN, 37421.
street address / city
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Please See attached complete statement.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Have Health Center @ Standifer Place Remove derogatory Comments such as "Sandra Smith abandoned her position" from their Personnel Records

B. Have Health Center @ Standifer Place give reference as it pertains to work Performance as good

c. Have Health Center @ Standifer Place provide monetary Compensation for lost wages due to Retaliation and termination of employment up to and including pain and suffering due to loss and discrimination in the amount of $100,000

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 23rd day of January, 2012.

Sandra R. Smith
113 Gillespie Terr
Chatt TN 37411

Signature of plaintiff(s)