Voluntary Dismissal Request

Sandra R. Smith vs. Health Center I-Standifer Place

Civil Action No.: 1:12-cv-19

Collier/Lee

FILED
'13 JAN 15 P 2:08
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEP. CLERK

Honorable Judge Collier, I Sandra R. Smith the Plaintiff in said above case would like to volunteer to dismiss this case due to health reasons. I have been under health pressures with High Blood, High anxiety and the stress of trying to retain legal counsel has brought on even more stress. Although the Health Center did violate my Civil Rights in my opinion, and they have been responsible for not properly caring for one of their patient. I regret I can go on no further to prove my case without proper counsel. The attempts to find a counsel that would stand for Civil Rights in this town has been a challenge for me and my family. The day when you are told because you are Black, you can't fight descrimination

is a sad day for all those who died for my civil rights. It's now up to God to expose the wrong they are doing at the Health Center at Standifer Place. The stress this has brought on and the reality of knowing I must have proper counsel has pressed me to ask for this dismissal. My belief is strong that those that wronged me will feel they have gotten away with it, But God knows and everyone will have to answer to him. Thanking you in advance.

Sandra R Smith
1/15/2013